familiar with the character of the case, and we are not, we deny the motion for a stay, with leave to apply to the District Court for a stay until the matter can be disposed of here, if in its judgment it deem that such a stay should be granted. The motion to advance is granted and the cases set for hearing on the first Monday in November. *Mr. S. R. Prince, Mr. L. E. Jeffries* and *Mr. A. B. Andrews* for appellants in Nos. 927, 928. *Mr. Murray Allen, Mr. Forney Johnston* and *Mr. James F. Wright* for appellant in No. 960. *Mr. Thomas W. Davis* for appellant in No. 961. *Mr. W. B. Rodman* for appellant in No. 962. *Mr. James S. Manning* and *Mr. William P. Bynum* for appellees.

---

No. 634. DORA E. ROOKER ET AL. *v.* FIDELITY TRUST COMPANY ET AL., ETC.; and

No. 785. DORA E. ROOKER ET AL. *v.* FIDELITY TRUST COMPANY ET AL., ETC. Petition for a writ of certiorari and error to the Supreme Court of the State of Indiana. May 29, 1922. Motion for a rule to show cause; petition for supplemental writ of error; and petition for supplemental writ of certiorari in this case, severally denied. *Mr. William V. Rooker* for petitioners and plaintiffs in error. No brief filed for respondents and defendants in error. See *post,* 580.

---

No. 887. WILLIAM E. WOODBRIDGE *v.* UNITED STATES. Appeal from the Court of Claims. Motion to reinstate submitted May 29, 1922. Decided June 5, 1922. Motion to rescind order docketing and dismissing this case granted, and leave granted to file and docket the case. *Mr. Rufus S. Day* and *Mr. H. P. Doolittle* for appellant. *Mr. Solicitor General Beck* for the United States. [See 258 U. S. 634.]